Saturday,
June 6.

MAGEE *v.* SIGGERSON.—On appeal.

IN an action of replevin, the writ must contain a description of the goods for which the action is brought; but it need not show that the affidavit, required by the statute, had been made by the plaintiff.

---

RODMAN *v.* WILLIAMS.—In chancery.

Saturday,
June 6.

*RODMAN* purchased of *Williams* a certain tract of land for the sum of 250 dollars. He paid 100 dollars in hand, and gave his notes for the residue of the purchase-money; and *Williams* gave him a bond conditioned for a conveyance when the notes should be paid. There was a mortgage on the land at the time in favour of *Yandes*, of which *Rodman* had no knowledge; and *Williams* fraudulently represented to *Rodman* that the land was unincumbered. The payments afterwards made by *Rodman* to *Williams*, with the mortgage-debt which he also paid, amounted to the sum due on the notes.

On a bill in chancery filed by *Rodman*, the Court decreed that he was entitled to a conveyance, and appointed a commissioner to execute the deed. It was further decreed that the notes should be delivered up to the complainant.